

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-19-00314-CR

Robert M. **CASILLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1399
Honorable Laura Parker, Judge Presiding

# O R D E R

On March 24, 2020, this court ordered the oral argument scheduled at 2:00 p.m. on Wednesday, April 8, 2020 before a panel consisting of Justice Luz Elena Chapa, Justice Beth Watkins, and Justice Liza A. Rodriguez cancelled, and the submission date withdrawn. After reconsideration, this appeal is advanced for ON BRIEFS submission on April 22, 2020 before a panel consisting of Justice Luz Elena Chapa, Justice Beth Watkins, and Justice Liza A. Rodriguez.

It is so **ORDERED** on April 1, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court